IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Mia LeJune Craig
     aka Mia L. Craig                                                     BANKRUPTCY NO. 25-00636-JAW

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Advanced Recovery Systems, Inc. and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> John S. Simpson, MSB No. 8525
> Simpson Law Firm PA
> Attorney for Advanced Recovery Systems, Inc.
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> jsimpson@simpsonlawfirm.net

Date:  May  16 , 2025.

                                                            /s/ John S. Simpson
                                                            John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

| | |
|---|---|
| Thomas Carl Rollins, Jr., MSB No. 103469 | Torri Parker Martin, Chapter 13 Trustee |
| Attorney for Debtor | P.O. Box 31980 |
| The Rollins Law Firm | Jackson, MS 39286 |
| P.O. Box 13767 | (601)981-9100 |
| Jackson, MS 39236 | tpm@tpmartinch13.com |
| (601)500-5533 | |
| trollins@therollinsfirm.com | |

by electronic notice, on May  16 , 2025.

                                                            /s/ John S. Simpson
                                                            John S. Simpson