United States Bankruptcy Court
Southern District of Mississippi

In re:      Case No. 25-00636-JAW
Mia LeJune Craig      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 3
Date Rcvd: May 14, 2025    Form ID: n031    Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mia LeJune Craig, 436 Fairway Ave, Byram, MS 39272-5526 |
| 5483567 | | Galaxy International P, 4730 South Ft Apache R, Las Vegas, NV 89147 |
| 5502341 | + | JACKSON HB MEDICAL SERVICES LLC, Professional Account Services Inc, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5483570 | + | Kalijarvi, Chuzi, Newm, 818 Connecticut Ave NW, Washington, DC 20006-2702 |
| 5486903 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, For PennyMac Loan Services LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5483578 | | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:29:56 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483561 | + | Email/Text: sbridwell@arscollections.com | May 14 2025 19:25:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5483562 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 14 2025 19:29:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5498180 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:29:51 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5483563 | + | Email/Text: ally@ebn.phinsolutions.com | May 14 2025 19:25:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5483564 | + | Email/Text: rm-bknotices@bridgecrest.com | May 14 2025 19:25:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5502451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:29:51 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5509807 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:30:01 | Carvana, LLC, Bridgecrest c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483565 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 14 2025 19:26:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5483568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2025 19:25:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5501219 | | Email/Text: mrdiscen@discover.com | May 14 2025 19:25:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5483566 | + | Email/Text: mrdiscen@discover.com | May 14 2025 19:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 5483569 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | May 14 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5483571 | + | Email/Text: inchargehq@westcreekfin.com | | |
| | | | May 14 2025 19:26:00 | Koalafi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |
| 5495705 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 14 2025 19:29:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5509875 | + | Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | | May 14 2025 19:26:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5500437 | + | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | May 14 2025 19:25:00 | Merit Health Central, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5483572 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 14 2025 19:29:52 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5504005 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 14 2025 19:25:00 | NORDSTROM, INC. Jefferson Capital Systems LLC Assi, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5483573 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | May 14 2025 19:29:56 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5483574 | + | Email/Text: bnc@nordstrom.com | | |
| | | | May 14 2025 19:25:51 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5509876 | + | Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | | May 14 2025 19:26:00 | PAFFORD EMERGENCY MEDICAL SERVICES, INC., c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5483576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 14 2025 19:29:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5506170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 14 2025 19:30:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5483575 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 14 2025 19:29:52 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5495568 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 14 2025 19:30:02 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5483577 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | May 14 2025 19:25:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 5483578 | | Email/Text: rboone@simpsonlawfirm.net | | |
| | | | May 14 2025 19:25:00 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5483579 | | ^ MEBN | | |
| | | | May 14 2025 19:23:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5483580 | + | Email/Text: ap@watkinsconstructioninc.com | | |
| | | | May 14 2025 19:25:00 | Watkins Construction, 1072 High St, Jackson, MS 39202-3509 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5506957 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 35 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mia LeJune Craig trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00636−JAW
Chapter: 13

**In re:**

Mia LeJune Craig
aka Mia L Craig
436 Fairway Ave
Byram, MS 39272

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 14, 2025                                                  Danny L. Miller, Clerk of Court