IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Mia LeJune Craig, Debtor          Case No. 25-00636-JAW
                                            CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  August 15, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Mia LeJune Craig, Debtor                     Case No. 25-00636-JAW
                                                      CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MIA LEJUNE CRAIG | CASE NO: 25-00636-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00636-JAW |
| MIA LEJUNE CRAIG | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/15/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING      (U)ADVANCED RECOVERY SYSTEMS  INC   ALLY SERVICING LLC AS SERVICER ON
NCRS ADDRESS DOWNLOAD                                                      BEHALF OF
CASE 25-00636-JAW                                                          4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI                                           OKLAHOMA CITY   OK 73118-7901
FRI AUG 15 10-24-59 PST 2025




                                                                           EXCLUDE
BRIDGECREST CREDIT COMPANY  LLC AS     PENNYMAC LOAN SERVICES   LLC        US BANKRUPTCY COURT
AGENT AND                              PO BOX 2410                         THAD COCHRAN US COURTHOUSE
4515 N SANTA FE AVE DEPT APS           MOORPARK   CA 93020-2410            501 E COURT STREET
OKLAHOMA CITY   OK 73118-7901                                              SUITE 2300
                                                                           JACKSON   MS 39201-5036




AT  T MOBILITY AKA ATT                 ATT ENTERPRISES   LLC AKA ATT       ADVANCED RECOVERY SYST
BY AIS INFOSOURCE LP AS AGENT          BY AIS INFOSOURCE LP AS AGENT       PO BOX 321472
4515 N SANTA FE AVE                    4515 N SANTA FE AVE                 FLOWOOD   MS 39232-1472
OKLAHOMA CITY   OK 73118-7901          OKLAHOMA CITY   OK 73118-7901




ADVANCED RECOVERY SYSTEMS  INC         AFFIRM  INC                         AFFIRM  INC
CO SIMPSON LAW FIRM                    ATTN BANKRUPTCY                     RESURGENT CAPITAL SERVICES
PO BOX 2058                            650 CALIFORNIA ST                   PO BOX 10587
MADISON  MS 39130-2058                 SAN FRANCISCO   CA 94108-2716       GREENVILLE  SC 29603-0587




AIDVANTAGE ON BEHALF OF THE DEPARTMENT ALLY FINANCIAL  INC                 ALLY SERVICING LLC AS SERVICER ON
OF                                     ATTN BANKRUPTCY                     BEHALF OF
EDUCATION                              PO BOX 380901                       CITRUS TREE FINANCE LLC CO AIS
DEPT OF ED LOAN SERVICES               BLOOMINGTON   IL 55438-0901         PORTFOLIO SERVICES   LLC
PO BOX 300001                                                              4515 N SANTA FE AVE DEPT APS
GREENVILLE TX 75403-3001                                                   OKLAHOMA CITY   OK 73118-7901




BRIDGECREST ACCEPTANCE                 BRIDGECREST CREDIT COMPANY  LLC AS  CARVANA  LLC
PO BOX 53087                           AGENT AND                           BRIDGECREST CO AIS PORTFOLIO SERVICES
SUITE 100                              AIS PORTFOLIO SERVICES   LLC        4515 N SANTA FE AVE DEPT APS
PHOENIX   AZ 85072-3087                4515 N SANTA FE AVE DEPT APS        OKLAHOMA CITY   OK 73118-7901
                                       OKLAHOMA CITY   OK 73118-7901




CREDIT COLLECTION                      DEPARTMENT OF TREASURYINTERNAL REVENUE  DISCOVER BANK
ATTN BANKRUPTCY                        SERV                                PO BOX 3025
725 CANTON ST                          PO BOX 7346                         NEW ALBANY   OH  43054-3025
NORWOOD  MA 02062-2679                 PHILADELPHIA   PA 19101-7346




DISCOVER FINANCIAL                     GALAXY INTERNATIONAL P              INTERNAL REVENUE SERVI
ATTN BANKRUPTCY                        4730 SOUTH FT APACHE R              CO US ATTORNEY
PO BOX 3025                            LAS VEGAS   NV 89147                501 EAST COURT ST
NEW ALBANY   OH 43054-3025                                                 STE 4430
                                                                           JACKSON   MS 39201-5025




JACKSON HB MEDICAL SERVICES LLC        JOHN S SIMPSON  MSB NO 8525         KALIJARVI   CHUZI  NEWM
PROFESSIONAL ACCOUNT SERVICES INC      SIMPSON LAW FIRM PA                 818 CONNECTICUT AVE NW
PO BOX 188                             FOR ADVANCED RECOVERY SYSTEMS  INC  WASHINGTON  DC 20006-2702
BRENTWOOD  TN 37024-0188               PO BOX 2058
                                       MADISON  MS 39130-2058
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KIMBERLY D PUTNAM ESQ<br>DEAN MORRIS LLC<br>FOR PENNYMAC LOAN SERVICES LLC<br>1820 AVENUE OF AMERICA<br>MONROE LA 71201-4530 | KOALAFI<br>4951 LAKE BROOK DR<br>GLEN ALLEN VA 23060-9280 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE<br>CO WAKEFIELD ASSOCIATES LLC<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 | MERIT HEALTH CENTRAL<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| NORDSTROM INC JEFFERSON CAPITAL SYSTEMS LL<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | NORDSTROM FSB<br>ATTN BANKRUPTCY<br>PO BOX 6555<br>ENGLEWOOD CO 80155-6555 |
| PAFFORD EMERGENCY MEDICAL SERVICES INC<br>CO WAKEFIELD ASSOCIATES LLC<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNYMAC LOAN SERVICES<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 |
| EXCLUDE<br>~~(D)PENNYMAC LOAN SERVICES LLC~~<br>~~PO BOX 2410~~<br>~~MOORPARK CA 93020-2410~~ | EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| RAM RECEIVABLES LLC AGENT OF HUNTINGTON DEBT HOLDINGS<br>PO BOX 25693<br>MEMPHIS TN 38125-8009 | RADIUS GLOBAL SOLUTION<br>7831 GLENROY ROAD<br>EDINA MN 55439-3117 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | WATKINS CONSTRUCTION<br>1072 HIGH ST<br>JACKSON MS 39202-3509 | DEBTOR<br>MIA LEJUNE CRAIG<br>436 FAIRWAY AVE<br>BYRAM MS 39272-5526 |
| EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | EXCLUDE<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET STE 400~~<br>~~JACKSON MS 39201-1902~~ | |