IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

| | |
|---|---|
| IN RE:  MIA LEJUNE CRAIG | CHAPTER 13 |
| 436 FAIRWAY AVE | Case No:  25-00636- JAW |
| BYRAM, MS 39272 | |

CERTIFICATE  OF  SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   9/11/2025

/s/ Torri Parker Martin
Torri Parker Martin