___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: September 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13: |
| MIA LEJUNE CRAIG | CASE NO. 25-00636- JAW |

### CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for Non-Payment (Docket #32), Debtor's Response (Docket #33), and the Debtor's Motion to Allow Payment Arrearages (Docket #34). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be denied and the Debtor's Motion to Allow Payment Arrearages should be conditionally granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Non-Payment is denied and the Debtor's Motion to Allow Payment Arrearages is hereby granted in part based on the condition that the Debtor shall **submit funds directly to the Trustee in the amount of at least Three Thousand Seven Hundred Ninety-Two 00/100 Dollars ($3,792.00) on or before September 29, 2025**. Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor shall **amend the Plan Schedules to reflect the Debtor's updated source(s) of income and provide documentation of the income to the Trustee within fourteen days (14) of the Order entered.**

IT IS FURTHER ORDERED that should the Debtor fail to adhere to the aforementioned conditions, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

IT IS FURTHER ORDERED that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: 601-981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
         jennifer@therollinsfirm.com