United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00636-JAW |
| Mia LeJune Craig | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mia LeJune Craig, 436 Fairway Ave, Byram, MS 39272-5526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

**Name**        **Email Address**

John S. Simpson
     on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Kimberly D. Putnam
     on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Mia LeJune Craig trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf012 | Total Noticed: 1 |

                    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

                    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

___



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13:

MIA LEJUNE CRAIG                                         CASE NO. 25-00636- JAW

### CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for Non-Payment (Docket #32), Debtor's Response (Docket #33), and the Debtor's Motion to Allow Payment Arrearages (Docket #34). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be denied and the Debtor's Motion to Allow Payment Arrearages should be conditionally granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Non-Payment is denied and the Debtor's Motion to Allow Payment Arrearages is hereby granted in part based on the condition that the Debtor shall **submit funds directly to the Trustee in the amount of at least Three Thousand Seven Hundred Ninety-Two 00/100 Dollars ($3,792.00) on or before September 29, 2025**. Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor shall **amend the Plan Schedules to reflect the Debtor's updated source(s) of income and provide documentation of the income to the Trustee within fourteen days (14) of the Order entered.**

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned conditions, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: 601-981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/  Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
           jennifer@therollinsfirm.com