## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                          **CHAPTER 13:**

**HARRISON MICHAEL, II**
**AND JANIS MICHAEL**                                 **CASE NO. 22-02623-JAW**

### TRUSTEE'S MOTION TO MODIFY PLAN

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Motion to Modify Plan and would state to the Court as follows:

1. The Debtors filed the petition for bankruptcy on December 19, 2022.

2. The Confirmed Plan provides to pay the sum of $8,626.43 (Docket #25) in distribution to unsecured creditors over the sixty-month (60) plan term. The proposed unsecured debt total is $210,766.92.

3. The approved unsecured debt total is $28,408.57.

4. On February 13, 2025, an Order Approving Application for Employment of Attorney, C. Cooper Miles of Schwartz & Associates, P.A, as Special Counsel for the Debtor, Harrison Michael, II, was entered (Docket #113).

5. In July 2025, the Debtor's personal injury lawsuit claim, with State Farm Insurance Company, was settled (Docket #125).

6. In August 2025, an Agreed Order Approving Compromise or Settlement and subsequently an Order Granting Application for Compensation for C. Cooper Miles of Schwartz & Associates, P.A, as Special Counsel (Docket Nos. 133,134) were entered.

7. In September 2025, the Trustee received settlement proceeds in the amount of

$250,000.00 related to the settlement of the claim with State Farm Insurance Company.

8. The Debtor's personal injury lawsuit claim was settled and approved for the following amounts, less the Trustee's administrative expense ($25,000.00) and disbursed in accordance with the Agreed Order Approving Compromise or Settlement and Order Granting Application for Compensation (Docket Nos. 133,134):

|  |  |
|---|---|
| **Gross Settlement Amount** | **$250,000.00** |
| a. Firm and Attorney Fees (35% of $250,000.00): | **$87,500.00** |
| - Attorney Fees to Special Counsel, C. Cooper Miles of Schwartz & Associates, P.A | |
| b. Expenses and Disbursements: | **$791.58** |
| c. Health Insurance Liens and Medical Bills | **$19,072.09** |

9. In September 2025, a portion of the settlement proceeds were disbursed to cure the plan payment delinquency through September 2025 (Docket #129) in accordance with the Agreed Order Approving Compromise or Settlement (Docket #133).

10. There are settlement proceeds remaining in the amount of $110,197.33.

11. The Trustee believes it is in the best interest of the estate for the plan to be modified to disburse the remaining settlement proceeds to increase distribution to timely filed and allowed unsecured creditors to one hundred (100%) percent, satisfy the plan claims, and complete the payments under the confirmed plan with the remaining settlement proceeds being disbursed to the Debtors.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee request that the Court approve the modification to disburse the remaining settlement proceeds to increase distribution to timely filed and allowed unsecured creditors to one hundred (100%) percent, satisfy the plan claims, and complete the payments under the confirmed plan with the remaining settlement proceeds being disbursed to the Debtors; and any general relief to which the Court deems appropriate for the bankruptcy estate.

DATED: October 7, 2025

Respectfully Submitted,

/s/ Semoune Ellis
Semoune Ellis, MSB# 105303
Staff Attorney for the
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy

of the above and foregoing Motion to the following, all by U.S. Mail, postage prepaid, and/or

electronic, ECF filing to: Abigail Marbury, Asst. U. S. Trustee,

USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor(s):**

Rachel A. Coxwell, MSB#105559
Frank H. Coxwell, III, MSB#7781
Coxwell Attorneys
1675 Lakeland Dr., Suite #102
Jackson MS 39216-4850
Office: (601) 948-4450
Fax (601) 608-7858
Email: rachel@coxwellattorneys.com
        frank@coxwellattorneys.com

**And all Creditors on the Plan Matrix**

DATED:  October 7, 2025

/s/Semoune Ellis_____
Semoune Ellis

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                              **CHAPTER 13:**

**HARRISON MICHAEL, II**
**AND JANIS MICHAEL**                                    **CASE NO. 22-02623-JAW**

TO:   ALL INTERESTED PARTIES

### 30-DAY NOTICE OF TRUSTEE'S MOTION TO MODIFY

**YOU ARE HEREBY NOTIFIED** that a written response on the Trustee's Motion to

Modify (Docket #137) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court

Street, Suite 2.300, Jackson, MS 39201; with a copy to the Chapter 13 Trustee, Torri Parker

Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201; on or before thirty (30) days

from the date of this Notice.

If no objection is timely filed, the Court may enter an Order granting the

Trustee's Motion to Modify. In the event a written response is filed, the Court will notify you of

the date, time, and place of the hearing thereon.

DATED: October 7, 2025

Respectfully Submitted,

/s/ Semoune Ellis
Semoune Ellis, MSB# 105303
Staff Attorney for the
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: sellis@tpmartinch13.com

## <u>CERTIFICATE OF SERVICE</u>

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing to: Abigail Marbury, Asst. U. S. Trustee,

USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**<u>Attorney for Debtor(s):</u>**

Rachel A. Coxwell, MSB#105559
Frank H. Coxwell, III, MSB#7781
Coxwell Attorneys
1675 Lakeland Dr., Suite #102
Jackson MS 39216-4850
Office: (601) 948-4450
Fax (601) 608-7858
Email: rachel@coxwellattorneys.com
        frank@coxwellattorneys.com

**And all Creditors on the Plan Matrix**

DATED:  October 7, 2025

/s/Semoune Ellis_____
Semoune Ellis