| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 22-02623-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Oct  7 08:23:32 CDT 2025 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | 21st Mortgage Corporation<br>c/o Edward E. Lawler, Jr.<br>P.O. Box 2488<br>Ridgeland, MS 39158-2488 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Scolopax, LLC<br>c/o Weinstein & Riley, PS<br>1415 Western Avenue Ste 700<br>Seattle, WA 98101-2051 | Tribute Capital Partners LLC<br>P.O. BOX 167762<br>IRVING, TX 75016-7762 |
| U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | ARMS<br>1410 Industrial Park Rd<br>Paris, TN 38242-6099 | ARS<br>Po Box 321472<br>Flowood, MS 39232-1472 |
| (p)CROSS RIVER BANK<br>2115 LINWOOD AVENUE<br>FORT LEE NJ 07024-5041 | AmRent Consumer Relations<br>Notice Only<br>Po Box 3027<br>Pittsburgh, PA 15230-3027 | American Esoteric Labs<br>Po Box 144225<br>Austin, TX 78714-4225 |
| Baptist Hospital<br>Bankruptcy Notices<br>Po Box 23090<br>Jackson, MS 39225-3090 | Belk Card Services<br>Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Capital Emergency Physicians<br>Po Box 96395<br>Oklahoma City, OK 73143-6395 |
| Capital One Card Services<br>Bankruptcy Dept<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Certegy Check Services<br>Notice Only<br>Po Box 30296<br>Tampa, FL 33630-3296 |
| ChexSystems<br>Notice Only<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125-1595 | Comenity -Academy Sports Card<br>POB 182125<br>Columbus, OH 43218-2125 | (p)CORELOGIC<br>40 PACIFICA<br>SUITE 800<br>IRVINE CA 92618-7485 |
| Credit One Bankruptcy Notices<br>Bankruptcy Dept<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)CREDITORS BUREAU USA<br>ATTN ATTN BANKRUPTCY DEPT<br>757 L STREET<br>FR ESNO CA 93721-2998 | Dept of Ed c/o US Attorney DC<br>Attn: Civil Process Clerk<br>555 4th St Nw<br>Washington, DC 20001-2733 |
| Dept of Ed c/o US Attorney MS<br>Attn: Civil Process Clerk<br>501 E Court Street 4.430<br>Jackson, MS 39201-5025 | Dept of Education<br>Bankruptcy Notices<br>400 Maryland Ave Sw<br>Washington, DC 20202-0001 | Early Warning Services<br>Notice Only<br>16552 N 90th St<br>Scottsdale, AZ 85260-1619 |
| Enduracare Acute Care<br>381 Riverside Dr<br>Franklin, TN 37064-8934 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>Notice Only<br>Po Box 2002<br>Allen, TX 75013-2002 |

FastLending LLC
2017 Fiesta Dr
Sarasota, FL 34231-3434

Fastlending.com, LLC
2017 Fiesta Dr Suite 201
Sarasota FL 34231-3471

Fingerhut
Po Box 166
Newark, NJ 07101-0166


Flowood Pain Center
Po Box 722354
Norman, OK 73070-8783

Franklin Collection Service
2978 W Jackson St
Tupelo, MS 38801-6731

Freedom Mortgage
907 Pleasant Valley Ave Ste 3
Mount Laurel, NJ 08054-1210


Freedom Mortgage Corp
Information/Notices
POB 504287
Indianapolis, IN 46250

Freedom Mortgage Corporation
11988 Exit 5 Parkway
Building 4
Fishers, IN 46037-7939

Garrett Friday & Garner PLLC
1205 Office Park Drive #B
Oxford, MS 38655-3546


Gastrointestinal Assoc
Po Box 23455
Jackson, MS 39225-3455

Gastrointestinal Associates PA
c/o Franklin Service Inc
Po Box 3910
Tupelo, ms 38803-3910

Healthcare Financial
POB 589
Norcross, GA 30091-0589


Holloway Credit Solutions
1286 Carmichael Way
Montgomery, AL 36106-3645

IRS
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

IRS c/o US Attorney DC
Notice Only
555 4th Street NW
Washington, DC 20530-0001


IRS c/o US Attorney MS
Notice Only
501 E Court St Ste 4.430
Jackson, MS 39201-5025

Innovis Consumer Assistance
Notice Only
Po Box 1689
Pittsburgh, PA 15230-1689

JAMS
Notice Only
18881 Von Karman Ave 350
Irvine, CA 92612-6589


Keesler Federal Credit Union
Po Box 7001
Biloxi, MS 39534-7001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeland Radiologists PA
Po Box 55589
Jackson, MS 39296-5589


MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003-2016

MS Dept of Revenue
Bankruptcy Department
Po Box 22808
Jackson, MS 39225-2808


Mariner Finance
1490 W Government St Ste 1
Brandon, MS 39042-3024

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Merrick Bankruptcy
Bankruptcy Dept.
Po Box 5000
Draper, UT 84020-5000


Miramed Revenue Group
991 Oak Creek Dr
Lombard, IL 60148-6408

North Shore Agency
270 Spagnoli Rd #110
Melville, NY 11747-3515

One Main Corporate Office
Po Box 3251
Evansville, IN 47731-3251

```
OneMain Financial Group, LLC        Open MRI                            Pafford EMS
OneMain                             120 Stone Creek Blvd #900           POB 1120
PO Box 3251                         Flowood, MS 39232-8211              Hope, AR 71802-1120
Evansville, IN 47731-3251


(p)HOLLIS COBB                      Penn Credit Corp                    Phoenix Financial Services
ATTN BANKRUPTCY DEPARTMENT          POB 988                             Po Box 361450
PO BOX 279                          Harrisburg, PA 17108                Indianapolis, IN 46236-1450
NORCROSS GA 30091-0279


Pioneer Credit Recovery             Prometheus Biosciences              Publishers Clearing House
Correspondence                      Po Box 748731                       101 Winners Circle
Po Box 189                          Los Angeles, CA 90074-8731          Port Washington, NY 11050-2218
Arcade, NY 14009-0189


Quantum3 Group LLC as agent for     Quantum3 Group LLC as agent for     Ridgeland Diagnostic Center
Comenity Bank                       Comenity Capital Bank               730 Ridgewood Rd C
PO Box 788                          PO Box 788                          Ridgeland, MS 39157-4434
Kirkland, WA  98083-0788            Kirkland, WA  98083-0788


Rise Credit Loans                   River Oaks Health System            Scolopax, LLC
Bankruptcy Dept                     POB 5100                            C/O Weinstein & Riley, P.S.
Po Box 101808                       Jackson, MS 39296-5100              1415 WESTERN AVE, SUITE 700
Fort Worth, TX 76185-1808                                               SEATTLE, WA 98101-2051


Smith Rouchon & Assoc               St Dominic Correspondence           St Jude Emergency Med Group
1456 Ellis Ave                      Po Box 101928                       Po Box 80380
Jackson, MS 39204-2204              Birmingham, AL 35210-6928           City Industry, CA 91716-8380


Student Loans c/o US Attorney DC    Student Loans c/o US Attorney MS    (p)TELECHECK SERVICES INC
Notice Only                         Notice Only                         P O BOX 6806
555 4th Street NW                   501 E Court Street #4.430           HAGERSTOWN MD 21741-6806
Washington, DC 20530-0001           Jackson, MS 39201-5025


Transunion                          Ulta Bankruptcy                     United States Trustee
Notice Only                         2795 E Cottonwood Pkwy              501 East Court Street
2 Baldwin Pl                        Salt Lake Cty, UT 84121-7032        Suite 6-430
Crum Lynne, PA 19022-1370                                               Jackson, MS 39201-5022


(p)UPGRADE  INC                     Upstart Loans                       VA Medical Center
2 N CENTRAL AVE                     Po Box 1503                         Attention: Cashier
10TH FLOOR                          San Carlos, CA 94070-7503           1500 E Woodrow Wilson Dr
PHOENIX AZ 85004-4422                                                   Jackson, MS 39216-5116


Victoria Secret Credit Card         Willow Anesthesia Services          Womans Clinic of MS
Po Box 182125                       2704 West Oxford Loop Ste 117       Po Box 22663
Columbus, OH 43218-2125             Oxford, MS 38655-5728               Jackson, MS 39225-2663
```

| | | |
|---|---|---|
| C. Cooper Miles<br>Schwartz & Associates PA<br>162 East Amite Street<br>Jackson, MS 39201-2118 | C. Cooper Miles<br>Schwartz & Associates, P.A.<br>Post Office Box 3949<br>Jackson, MS 39207-3949 | Frank H. Coxwell<br>Coxwell Attorneys<br>Suite 102<br>1675 Lakeland Drive<br>Jackson, MS 39216-4850 |
| Harrison Michael II<br>540 Meadows Pl<br>Madison, MS 39110-7363 | Janis Michael<br>540 Meadows Pl<br>Madison, MS 39110-7363 | Rachel Coxwell<br>Coxwell Attorneys<br>1675 Lakeland Drive Suite #102<br>Jackson, MS 39216-4850 |
| Torri Parker Martin<br>Torri Parker Martin, Chapter 13 Bankrupt<br>200 North Congress Street, Ste. 400<br>Jackson, MS 39201-1902 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)21st Mortgage Corp<br>General Correspondence<br>620 Market St Ste 100<br>Knoxville, TN 37902-2207 |
| (d)21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | Affirm Loans<br>885 Teaneck Rd<br>Teaneck, NJ 07666-4546 | CoreLogic Credco LLC<br>Notice Only<br>1500 Nw Bethany Blvd Ste 300<br>Beaverton, OR 97006-5238 |
| Creditors Bureau<br>757 L St<br>Fresno, CA 93721-2904 | Equifax Info Services<br>Notice Only<br>Po Box 105314<br>Atlanta, GA 30348-5314 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| Patient Accounts Bureau<br>POB 279<br>Norcross, GA 30091 | Telecheck<br>Notice Only<br>5251 Westheimer Rd<br>Houston, TX 77056-5412 | Upgrade Inc<br>Bankruptcy Dept<br>275 Battery St Ste 2300<br>San Francisco, CA 94111-3366 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Freedom Mortgage Corporation | (d)Tribute Capital Partners LLC<br>P.O. BOX 167762<br>IRVING, TX 75016-7762 | End of Label Matrix<br>Mailable recipients    96<br>Bypassed recipients     2<br>Total                  98 |