_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: October 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                         **CHAPTER 13**

**MIA LEJUNE CRAIG**                                                   **CASE NO. 25-00636-JAW**

### ORDER OF DISMISSAL

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss Debtor for Non-Payment (Docket #32), Debtor's Response (Docket #33) and the Conditional Agreed Order (Docket #42). Thus, having considered the matters, the Court finds the Debtor's case should be dismissed, as the Debtor failed to meet the conditions of the Conditional Agreed Order requiring the Debtor to submit funds of at least $3,792.00 by September 29, 2025 and based on the Debtor's delinquency in the amount of $14,396.47 through October 2025.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's case is hereby dismissed.

#### #END OF ORDER#

SUBMITTED BY:

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Jackson, Mississippi 39286-1980
Office: (601) 981-9100
Email: sellis@tpmartinch13.com