United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00636-JAW
Mia LeJune Craig  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 4
Date Rcvd: Oct 07, 2025  Form ID: ntcdsm  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mia LeJune Craig, 436 Fairway Ave, Byram, MS 39272-5526 |
| 5483567 | | Galaxy International P, 4730 South Ft Apache R, Las Vegas, NV 89147 |
| 5502341 | + | JACKSON HB MEDICAL SERVICES LLC, Professional Account Services Inc, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5511977 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for Advanced Recovery Systems, Inc., P.O. Box 2058, Madison, MS 39130-2058 |
| 5483570 | + | Kalijarvi, Chuzi, Newm, 818 Connecticut Ave NW, Washington, DC 20006-2702 |
| 5486903 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, For PennyMac Loan Services LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5512839 | + | RAM Receivables LLC Agent of Huntington, Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2025 23:28:00 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 07 2025 23:28:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Oct 07 2025 19:37:55 | PennyMac Loan Service, LLC, P.O. Box 2410, Moorpark,, CA 93020-2410 |
| 5511839 | + | EDI: AIS.COM | Oct 07 2025 23:28:00 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5511838 | + | EDI: AIS.COM | Oct 07 2025 23:28:00 | AT&T Enterprises, LLC aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5483561 | + | Email/Text: sbridwell@arscollections.com | Oct 07 2025 19:28:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5483578 | | Email/Text: rboone@simpsonlawfirm.net | Oct 07 2025 19:28:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5483562 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 07 2025 19:37:50 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5498180 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 19:37:46 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5519390 | + | EDI: MAXMSAIDV | Oct 07 2025 23:28:00 | Aidvantage on behalf of: The Department of, Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5483563 | + | EDI: GMACFS.COM | Oct 07 2025 23:28:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: ntcdsm | Total Noticed: 43 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 380901, Bloomington, IL 55438-0901 |
| 5511005 | + EDI: AISACG.COM | Oct 07 2025 23:28:00 | Ally Servicing LLC as servicer on behalf of, Citrus Tree Finance LLC c/o AIS, Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483564 | + Email/Text: rm-bknotices@bridgecrest.com | Oct 07 2025 19:28:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5502451 | + EDI: AISACG.COM | Oct 07 2025 23:28:00 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5509807 | + EDI: AISACG.COM | Oct 07 2025 23:28:00 | Carvana, LLC, Bridgecrest c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483565 | + EDI: CCS.COM | Oct 07 2025 23:28:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5483568 | EDI: IRS.COM | Oct 07 2025 23:28:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5501219 | EDI: DISCOVER | Oct 07 2025 23:28:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5483566 | + EDI: DISCOVER | Oct 07 2025 23:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5483569 | + Email/Text: ebone.woods@usdoj.gov | Oct 07 2025 19:28:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5483571 | + Email/Text: inchargehq@westcreekfin.com | Oct 07 2025 19:28:00 | Koalafi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |
| 5495705 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2025 19:37:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5509875 | + Email/Text: bankruptcyreports@wakeassoc.com | Oct 07 2025 19:28:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5500437 | + Email/Text: pasi_bankruptcy@chs.net | Oct 07 2025 19:27:00 | Merit Health Central, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5483572 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2025 19:37:50 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5504005 | + EDI: JEFFERSONCAP.COM | Oct 07 2025 23:28:00 | NORDSTROM, INC. Jefferson Capital Systems LLC Assi, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5483573 | + EDI: MAXMSAIDV | Oct 07 2025 23:28:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5483574 | + Email/Text: bnc@nordstrom.com | Oct 07 2025 19:27:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5509876 | + Email/Text: bankruptcyreports@wakeassoc.com | Oct 07 2025 19:28:00 | PAFFORD EMERGENCY MEDICAL SERVICES, INC., c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5483576 | EDI: PRA.COM | Oct 07 2025 23:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5506170 | EDI: PRA.COM | Oct 07 2025 23:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5483575 | + Email/PDF: ebnotices@pnmac.com | Oct 07 2025 19:37:55 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5495568 | + Email/PDF: ebnotices@pnmac.com | Oct 07 2025 19:37:51 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5483577 | + Email/Text: ngisupport@radiusgs.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: ntcdsm | Total Noticed: 43 |

| | | | | Oct 07 2025 19:27:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
|---|---|---|---|---|---|
| 5483579 | | ^ | MEBN | | |
| | | | | Oct 07 2025 19:26:10 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5483580 | | + | Email/Text: ap@watkinsconstructioninc.com | | |
| | | | | Oct 07 2025 19:27:00 | Watkins Construction, 1072 High St, Jackson, MS 39202-3509 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Advanced Recovery Systems, Inc. |
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5506957 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mia LeJune Craig trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3                     User: mssbad                            Page 4 of 4
Date Rcvd: Oct 07, 2025                  Form ID: ntcdsm                         Total Noticed: 43
TOTAL: 7

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**

Southern District of Mississippi

Case No.: 25−00636−JAW
Chapter: 13

In re:
    Mia LeJune Craig
    aka Mia L Craig
    436 Fairway Ave
    Byram, MS 39272

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−9348

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 7, 2025.

Dated: 10/7/25
    Danny L. Miller, Clerk of Court
    Thad Cochran U.S. Courthouse
    501 E. Court Street
    Suite 2.300
    Jackson, MS 39201
    601−608−4600