___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **MIA LEJUNE CRAIG,**                                                       **CASE NO. 25-00636-JAW**

    **DEBTOR.**                                                                          **CHAPTER 13**

Mia LeJune Craig, Debtor
Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

## ORDER TO SHOW CAUSE

You are hereby ordered to appear on December 8, 2025, at 10:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the Motion to Reinstate Chapter 13 Case (Dkt. #50) that was filed by the Debtor in the above-styled bankruptcy case should not be stricken for failure to be signed by the attorney of record in this case.  *See* Miss. Bankr. L. R. 9010-1(b)(3).  A copy of this Order to Show Cause is being sent to your attorney of record in this case.

##END OF ORDER##