___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    MIA LEJUNE CRAIG,                                      CASE NO. 25-00636-JAW

    DEBTOR.                                                           CHAPTER 13

## ORDER

The Court, after review of the Notice of Motion to Reinstate Chapter 13 Case and for Related Relief filed by the Debtor (the "Notice") (Dkt. #50) in the above-referenced bankruptcy case, finds that the Notice is not required.

The Motion to Reinstate Chapter 13 Case and for Related Relief is timely set for hearing on December 8, 2025 at 10:00 AM and any written responses are due on or before November 25, 2025; therefore, the necessity of the Notice (Dkt. #50) is determined moot by this Court.

##END OF ORDER##