United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00636-JAW
Mia LeJune Craig  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 4
Date Rcvd: Nov 04, 2025      Form ID: hn002jaw      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mia LeJune Craig, 436 Fairway Ave, Byram, MS 39272-5526 |
| 5483567 | | Galaxy International P, 4730 South Ft Apache R, Las Vegas, NV 89147 |
| 5502341 | + | JACKSON HB MEDICAL SERVICES LLC, Professional Account Services Inc, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5511977 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for Advanced Recovery Systems, Inc., P.O. Box 2058, Madison, MS 39130-2058 |
| 5483570 | + | Kalijarvi, Chuzi, Newm, 818 Connecticut Ave NW, Washington, DC 20006-2702 |
| 5486903 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, For PennyMac Loan Services LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5512839 | + | RAM Receivables LLC Agent of Huntington, Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 19:39:23 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 19:39:23 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Nov 04 2025 19:39:18 | PennyMac Loan Service, LLC, P.O. Box 2410, Moorpark,, CA 93020-2410 |
| 5511839 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2025 19:39:23 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5511838 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2025 19:39:23 | AT&T Enterprises, LLC aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5483561 | + | Email/Text: sbridwell@arscollections.com | Nov 04 2025 19:37:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5483578 | | Email/Text: rboone@simpsonlawfirm.net | Nov 04 2025 19:37:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5483562 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2025 19:39:23 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5498180 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 19:39:17 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5519390 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 04 2025 19:39:18 | Aidvantage on behalf of: The Department of, Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5483563 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2025 19:37:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: hn002jaw | Total Noticed: 43 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | 380901, Bloomington, IL 55438-0901 |
| 5511005 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 19:39:28 | Ally Servicing LLC as servicer on behalf of, Citrus Tree Finance LLC c/o AIS, Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483564 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 04 2025 19:37:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5502451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 19:39:17 | Bridgecrest Credit Company, LLC as Agent and Servi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5509807 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 19:39:23 | Carvana, LLC, Bridgecrest c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483565 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 04 2025 19:38:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5483568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2025 19:37:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5501219 | | Email/Text: mrdiscen@discover.com | Nov 04 2025 19:37:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5483566 | + | Email/Text: mrdiscen@discover.com | Nov 04 2025 19:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5483569 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5483571 | + | Email/Text: inchargehq@westcreekfin.com | Nov 04 2025 19:38:00 | Koalafi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |
| 5495705 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 19:39:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5509875 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 04 2025 19:38:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5500437 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 04 2025 19:37:00 | Merit Health Central, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5483572 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 19:39:18 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5504005 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2025 19:37:00 | NORDSTROM, INC. Jefferson Capital Systems LLC Assi, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5483573 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 04 2025 19:39:17 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5483574 | + | Email/Text: bnc@nordstrom.com | Nov 04 2025 19:37:18 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5509876 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 04 2025 19:38:00 | PAFFORD EMERGENCY MEDICAL SERVICES, INC., c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5483576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 19:39:23 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5506170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 19:39:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5483575 | + | Email/PDF: ebnotices@pnmac.com | Nov 04 2025 19:39:23 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5495568 | + | Email/PDF: ebnotices@pnmac.com | Nov 04 2025 19:51:41 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5483577 | + | Email/Text: ngisupport@radiusgs.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: hn002jaw | Total Noticed: 43 |

|  |  |  | Nov 04 2025 19:37:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
|---|---|---|---|---|
| 5483579 |  | ^ MEBN | Nov 04 2025 19:31:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5483580 |  | + Email/Text: ap@watkinsconstructioninc.com | Nov 04 2025 19:37:00 | Watkins Construction, 1072 High St, Jackson, MS 39202-3509 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Advanced Recovery Systems, Inc. |
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5506957 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mia LeJune Craig trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 4 of 4
Date Rcvd: Nov 04, 2025 Form ID: hn002jaw Total Noticed: 43
TOTAL: 7

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

   Mia LeJune Craig

          **CASE NO. 25−00636−JAW**

**DEBTOR.**

          **CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

     The Debtor has filed a Motion to Reinstate Chapter 13 Case and for Related Relief (the "Motion") (Dkt. #50) with the Court in the above−styled case.

     **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

     The Court will hold an evidentiary hearing (the "Hearing") on December 8, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

     If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before November 25, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 11/4/25

          Danny L. Miller, Clerk of Court
          U.S. Bankruptcy Court
          Thad Cochran U.S. Courthouse
          501 E. Court Street
          Suite 2.300
          Jackson, MS 39201
          601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

All Creditors and Parties Listed on the Mailing Matrix