IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13:

MIA LEJUNE CRAIG                                          CASE NO. 25-00636-JAW

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO REINSTATE BANKRUPTCY CASE**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to the Debtor's Motion and Notice to Reinstate Bankruptcy Case (Docket #50) in support thereof, would show unto the Court the following:

1. The Debtor's petition was filed March 10, 2025.

2. The Debtor's case was confirmed as on May 14, 2025 (Docket #19).

3. On May 29, 2025, the Trustee received notice that the Debtor retired from employment effective April 30, 2025 (Docket #27).

4. In August 2025, the Trustee filed a Motion and Notice to Dismiss Debtor(s) for Non-Payment due to plan payment delinquency ($13,304.47) through August 2025 that exceeded sixty days (Docket #32).

5. Subsequently, the Debtor filed a Motion to Allow Payment Arrearages (Docket #34).

6. On September 19, 2025, a Conditional Agreed Order, for the Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment and the Debtor's Motion to Allow Payment Arrearages, was entered requiring the Debtor to submit funds in the amount of at least $3,792.00 on or before September 29, 2025.

7. Funds in the amount of $2,700.00 posted to the Debtor's case on October 7, 2025. The Trustee later received notice that a pending payment, in the amount of $1,020.00, failed due to insufficient funds.

8. Subsequently, the Debtor's case was dismissed due to the Debtor's failure to meet the conditions of the Conditional Agreed Order (Docket #45).

9. The Bankruptcy Code provides that the Debtor(s) will be able to make all payments under the plan and comply with the plan [11 U.S.C. § 1325(a)(6)].

10. The Debtor's Motion and Notice to Reinstate Bankruptcy Case and 2025 Summary of [Annuity] Payment indicate the average net amount of annuity is approximately $2,411.34 monthly ("Motion," ECF No. 50).

11. The Debtor's monthly annuity amount ($2,411.34) alone is not sufficient to maintain the monthly plan payments of $3,792.00.

12. The Debtor has not submitted sufficient information and documentation to support that she has regular and reliable income with which to make plan payments.[1]

13. Further, the Debtor has benefited from the bankruptcy process without making all payments and fully complying with the plan.[2]

14. The Trustee received one full plan payment (April 2025) during the seven completed plan months.

15. The Trustee received a partial plan payment in June 2025.

---

[1] In re Gonzales, 587 B.R. 363 (2018)
[2] 11 U.S.C. § 1325(a)(6))

16. Currently, the plan is four (4) months in arrears and delinquent ($18,188.47) through November 2025.

17. The Trustee has funds on-hand in the amount of $1,118.00.

18. The Trustee objects to reinstating the plan.

**WHEREFORE, PREMISES CONSIDERED**, for the reasons stated herein, the Trustee prays that this Objection be received and filed, and at the hearing hereon an Order entered denying reinstatement; in the alternative, should the Debtor's Motion to Reinstate be granted, the Debtor be required to (1) submit payment to cure the current plan payment delinquency prior to the hearing on the Debtor's Motion or within fourteen (14) days thereafter or the reinstatement be denied, and (2) should the Debtor become delinquent in plan payments for a period of more than sixty (60) days, calculated from the first day of the first delinquent month, the Trustee may dismiss this case without further notice or hearing; and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: November 12, 2025

Respectfully Submitted,

/s/ Semoune Ellis
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Debtor:**

Mia LeJune Craig
436 Fairway Ave.
Byram, MS 39272

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
         jennifer@therollinsfirm.com

DATED:  November 12, 2025

/s/Semoune Ellis
Semoune Ellis