_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 8, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

MIA LEJUNE CRAIG,                                         CASE NO. 25-00636-JAW

DEBTOR.                                                                    CHAPTER 13

### ORDER DISMISSING ORDER TO SHOW CAUSE

This matter came before the Court for a hearing on December 8, 2025 (the "Show Cause Hearing") on the Order to Show Cause (Dkt. #53) issued to the debtor, Mia LeJune Craig (the "Debtor"), and her counsel of record, Thomas C. Rollins, Jr. ("Rollins"), to show cause why the Motion to Reinstate Chapter 13 Case and for Related Relief (the "Motion to Reinstate") (Dkt. #50), signed only by the Debtor, should not be stricken from the record in the above-referenced bankruptcy case (the "Bankruptcy Case"). Both the Debtor and Rollins appeared at the Show Cause Hearing. Semoune L. Ellis appeared on behalf of the chapter 13 trustee, Torri Parker Martin.

The Debtor filed a chapter 13 petition for relief on March 10, 2025. (Dkt. #1). Her Bankruptcy Case was dismissed on October 7, 2025 because of her failure to satisfy the terms of the Conditional Agreed Order (Dkt. #45), which required the Debtor to cure plan payment arrearages. (Dkt. #45). The Debtor filed the Motion to Reinstate, unsigned by Rollins, on October 24, 2025. (Dkt. #50).

Rule 9011(a) of the Federal Rules of Bankruptcy Procedure requires every pleading, motion, and other paper to be signed by an attorney of record. Because the Motion to Reinstate failed to comply, the Court issued the Show Cause Order. *See* Miss. Bankr. L.R. 9010-1(b)(3). The Motion to Reinstate was set for hearing at the same time as the Show Cause Hearing. Rollins appeared at both hearings and prosecuted the Motion to Reinstate on the Debtor's behalf. Accordingly, the Court finds that the Show Cause Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Show Cause Order is dismissed.

##END OF ORDER##