_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **MIA LEJUNE CRAIG** | **CASE NO. 25-00636-JAW** |

## ORDER

**THIS MATTER** came before the Court for a hearing on the Debtor's Motion to Reinstate Bankruptcy Case (Docket #50) and the Trustee's Objection (Docket #58). Thus, having considered the matter of the Debtor's delinquency in the amount of $21,980.47 through December 2025, and the testimony at the hearing held December 8, 2025, the Court finds the Trustee's Objection should be sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection is hereby sustained.

**IT IS FURTHER ORDERD** that this case shall remain dismissed.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com