United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00636-JAW |
| Mia LeJune Craig | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mia LeJune Craig, 436 Fairway Ave, Byram, MS 39272-5526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 10, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mia LeJune Craig trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Torri Parker Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MIA LEJUNE CRAIG,                     CASE NO. 25-00636-JAW

DEBTOR.                                           CHAPTER 13

### ORDER DISMISSING ORDER TO SHOW CAUSE

This matter came before the Court for a hearing on December 8, 2025 (the "Show Cause Hearing") on the Order to Show Cause (Dkt. #53) issued to the debtor, Mia LeJune Craig (the "Debtor"), and her counsel of record, Thomas C. Rollins, Jr. ("Rollins"), to show cause why the Motion to Reinstate Chapter 13 Case and for Related Relief (the "Motion to Reinstate") (Dkt. #50), signed only by the Debtor, should not be stricken from the record in the above-referenced bankruptcy case (the "Bankruptcy Case"). Both the Debtor and Rollins appeared at the Show Cause Hearing. Semoune L. Ellis appeared on behalf of the chapter 13 trustee, Torri Parker Martin.

The Debtor filed a chapter 13 petition for relief on March 10, 2025. (Dkt. #1). Her Bankruptcy Case was dismissed on October 7, 2025 because of her failure to satisfy the terms of the Conditional Agreed Order (Dkt. #45), which required the Debtor to cure plan payment arrearages. (Dkt. #45). The Debtor filed the Motion to Reinstate, unsigned by Rollins, on October 24, 2025. (Dkt. #50).

Rule 9011(a) of the Federal Rules of Bankruptcy Procedure requires every pleading, motion, and other paper to be signed by an attorney of record. Because the Motion to Reinstate failed to comply, the Court issued the Show Cause Order. *See* MISS. BANKR. L.R. 9010-1(b)(3). The Motion to Reinstate was set for hearing at the same time as the Show Cause Hearing. Rollins appeared at both hearings and prosecuted the Motion to Reinstate on the Debtor's behalf. Accordingly, the Court finds that the Show Cause Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Show Cause Order is dismissed.

##END OF ORDER##